Argued and submitted July 9, 1998, petition for habeas corpus dismissed as moot January 6, 1999

**DAVID HERBERT HART,**
*Appellant,*

*v.*

**S. Frank THOMPSON,**
**Superintendent,**
**Oregon State Penitentiary,**
*Respondent.*

(97C-10958; CA A100188)

969 P2d 402

William N. Kent filed the brief for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and John T. Bagg, Assistant Attorney General, filed the brief for respondent.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

Petition for habeas corpus dismissed as moot. *Payton v. Thompson*, 156 Or App 217, 968 P2d 388 (1998); *Jones v. Thompson*, 156 Or App 226, 968 P2d 380 (1998).